[Crim. No. 2940.  Second Appellate District, Division Two.—December 18, 1936.]

THE PEOPLE, Respondent, v. ANDREW STANLEY BENNETT, Appellant.

No appearance for Appellant.

U. S. Webb, Attorney-General, for Respondent.

THE COURT.—This is an appeal from a conviction of the crime of robbery, a felony. The clerk's transcript was filed November 12, 1936. The reporter's transcript was filed November 20, 1936, and the case was ordered on the calendar for December 18, 1936, and due notice given. ▮ No briefs have been filed and no requests for extension of time have been made. Defendant has made no appearance. Under authority of section 1253 of the Penal Code the judgment is affirmed.

Judgment affirmed.